IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, § § § Plaintiff, § § vs. § § ESTATE OF LAZARO PONCE § DE LEON GOMEZ, by and through § its Temporary Administrator, § Luis Omar Ponce de Leon, § § Defendant. § | CIVIL ACTION B-02-193 IN ADMIRALTY |

## ANSWER AND COUNTERCLAIM

LUIS OMAR PONCE DE LEON, Administrator of the Estate of Lazaro Ponce de Leon Gomez, files this his Answer to the Complaint for Declaratory Judgment of INSURANCE COMPANY OF THE WEST.

### Answer

1.  Defendant admits the allegations of jurisdiction set out in paragraph 1.

2.  Defendant admits that jurisdiction under 28 U.S.C. § 1333 and 28 U.S.C. § 2201 are proper before the United States District Court for the Southern District of Texas, Brownsville Division.

3.  Defendant admits that Insurance Company of the West was the insurer of a sixty-three (63') foot Bertram Yacht named the M/V SEA SCAPE. Defendant

further admits that the policy of marine hull and machinery loss was issued on or about November 15, 2000 to Lazaro Ponce de Leon, a citizen of Cuba and Mexico. Defendant denies that Lazaro Ponce de Leon represented to Plaintiff that he was a citizen of the United States but admits that Lazaro Ponce de Leon represented that he was a legal resident of the United States.

4. Defendant admits that a claim was made for loss of the M/V SEA SCAPE which sank on or about March 1, 2001 but denies that the location of loss was not specified.

5. Defendant admits the allegations within paragraph 5 with the exception that Luis Omar Ponce de Leon has been appointed Administrator of the Estate of Lazaro Ponce de Leon Gomez.

6. Defendant denies the allegations within paragraph 6 of the Complaint.

## Counterclaim

7. On or about November 15, 2000, Insurance Company of the West, through Pacific Underwriting Professionals, issued Policy No. OMP1843083-00 insuring a 1967 Bertram Yacht identified as a sixty-three (63') foot wood cruiser vessel named "Sea Scape", bearing Hull Identification Number NT3890N0332512 AL3791, for hull & machinery loss in the face amount of Two Hundred Eighty-five Thousand and no/100ths ($285,000.00) Dollars with a deductible of Eight Thousand Five Hundred Fifty and no/100ths ($8,550.00) Dollars and a premium of Five Thousand Four Hundred and no/100ths ($5,400.00) Dollars.

8. The face amount of hull and machinery insurance was based on a marine survey conducted on October 20, 2000 by Global Marine Surveyors in Port Isabel, Texas which resulted in a finding of an estimated market value of Two Hundred Eighty-five Thousand and no/100ths ($285,000.00) Dollars and an estimated replacement cost of One Million Seven Hundred Thousand and no/100ths ($1,700,000.00) Dollars.

9. On March 1, 2001, the M/V SEA SCAPE sank at 18° 44' 94" North Latitude, 87° 32' 49" West Longitude at a depth of approximately 500 to 600 meters.

10. On or about March 2, 2001, a Property Loss Notice was completed and provided to Paul Lynch & Associates, Inc., the agent for Lazaro Ponce de Leon who had procured the policy of insurance. The location of loss was set out in that notice.

11. Insurance Company of the West has failed and refused to comply with its contractual obligation set out in the policy of insurance issued to Lazaro Ponce de Leon Gomez.

12. Because of the failure and refusal of Insurance Company of the West to comply with its contractual obligations, Defendant has found it necessary to retain the undersigned attorneys and should be compensated for its reasonable and necessary attorney's fees.

**LUIS OMAR PONCE DE LEON**, Administrator of the Estate of Lazaro Ponce de Leon Gomez, prays the Court enter declaratory judgment as follows:

1. That Defendant is entitled to recover the face amount of the Hull and Machinery policy of insurance on the M/V SEA SCAPE from Insurance Company of the West;

2. That the loss is equal to or exceeds the face amount of the hull and machinery policy of insurance on the M/V SEA SCAPE;

3. That Defendant is entitled to recover its reasonable and necessary attorney's fees incurred in the defense and prosecution of this declaratory action; and

4. That Defendant should recover such other and further relief as this Court deems appropriate.

DATED this __15__ day of October, 2002.

Respectfully submitted,

**COUNSEL FOR DEFENDANT,
ESTATE OF LAZARO PONCE DE LEON GOMEZ,
By And Through Its Temporary Administrator
Luis Omar Ponce de Leon:**

| | |
|---|---|
| **KING, LeBLANC & BLAND, L.L.P.**<br>Henry King<br><br>3800 First NEC Center<br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-3800<br>Telecopier (504) 582-1233 | **FLEMING & HERNANDEZ, P.C.**<br>**Tom Fleming**<br>**SBOT No. 07133000**<br>**Federal I.D. No. 1188**<br><br>1650 Paredes Line Road<br>Suite 102<br>Brownsville, Texas 78521-1602<br>Telephone: (956) 982-4404<br>Telecopier: (956) 982-0943 |

by: _/s/ Tom Fleming_
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing ANSWER AND COUNTERCLAIM was served on October ___15___, 2002 in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFF**
**INSURANCE COMPANY OF THE WEST:**
Blane H. Crutchfield
Norman M. Stockman
HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, Alabama 36601-0123
*(Certified United States Mail, R.R.R., #7099 3400 0015 1923 2661)*

_____
Tom Fleming