IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION B-02-193 |
| ESTATE OF LAZARO PONCE DE LEON GOMEZ, by and through its Temporary Administrator, Luis Omar Ponce de Leon, | § § § § § | IN ADMIRALTY |
| Defendant. | § | |

## INITIAL DOCKET REPORT

Defendant, **Estate of Lazaro Ponce de Leon**, files this its Initial Docket Report:

1. Entities financially interested in this litigation:

   **Plaintiff**:
   Insurance Company of the West.

   **Plaintiff's Known Counsel**:
   HAND ARENDALL, L.L.C.
   P. O. Box 123
   Mobile, Alabama 36601-0123
   Telephone: (251) 432-5511.

   Defendant is not aware of the corporate structure of Plaintiff.

2. **Defendant**:
   Estate of Lazaro Ponce de Leon.
   Administrator is Luis Omar Ponce de Leon.

   **Defendant's Known Counsel**:
   FLEMING & HERNANDEZ, P.C.
   1650 Paredes Line Road, Suite 102
   Brownsville, Texas 78521-1602
   Telephone: (956) 982-4404;

KING, LeBLANC & BLAND, L.L.P.
3800 First NEC Center
201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 582-3800; and

STONE, GRANADE & CROSBY
7133 Stone Drive
Daphne, Alabama 36526
Telephone: (251) 626-6696.

2. **Counsel-in-Charge for Defendant**:
Tom Fleming
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1605
Telephone: (956) 982-4404.

DATED this _15_ day of October, 2002.

Respectfully submitted,

COUNSEL FOR DEFENDANT,
ESTATE OF LAZARO PONCE DE LEON GOMEZ,
By And Through Its Temporary Administrator
Luis Omar Ponce de Leon:

| | |
|---|---|
| **KING, LeBLANC & BLAND, L.L.P.** | **FLEMING & HERNANDEZ, P.C.** |
| Henry King | Tom Fleming |
| | **SBOT No. 07133000** |
| | **Federal I.D. No. 1188** |
| 3800 First NEC Center | 1650 Paredes Line Road |
| 201 St. Charles Avenue | Suite 102 |
| New Orleans, Louisiana 70170 | Brownsville, Texas 78521-1602 |
| Telephone: (504) 582-3800 | Telephone: (956) 982-4404 |
| Telecopier (504) 582-1233 | Telecopier: (956) 982-0943 |

by: _/s/ Tom Fleming_
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing INITIAL DOCKET REPORT was served on October _15_, 2002 in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFF**
**INSURANCE COMPANY OF THE WEST:**
Blane H. Crutchfield
Norman M. Stockman
HAND ARENDALL, L.L.C.
P. O. Box 123
Mobile, Alabama 36601-0123
*(Certified United States Mail, R.R.R., #7099 3400 0015 1923 2593)*

_____
Tom Fleming