United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B02-0193 |
| | § | *In Admiralty* |
| THE ESTATE OF LAZARO PONCE DE | § | |
| LEON GOMEZ, BY AND THROUGH ITS | § | Honorable Judge Andrew S. Hanen |
| TEMPORARY ADMINISTRATOR, | § | |
| LUIS OMAR PONCE DE LEON | § | |
| Defendant. | § | |

### PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

*TO THE HONORABLE JUDGE OF SAID COURT:*

NOW COME Blane H. Crutchfield and Norman M. Stockman, attorneys for Plaintiff, INSURANCE COMPANY OF THE WEST (*hereinafter* "Plaintiff"), and file this Motion to Substitute Counsel, and would respectfully show unto the honorable Court as follows:

**I.**

Good cause exists for this Court to grant the motion to substitute counsel because Plaintiff requests that its Texas attorney Paul A. Bezney act as lead counsel for Plaintiff in the above-entitled suit. Plaintiff represents this substitution will not cause any delay in this litigation.

**II.**

Paul A. Bezney, State Bar No. 00787077, Southern District No. 29928, and Tracy L. Stoker, State Bar No. 19265500, Southern District No. 21226, of DODGE, ANDERSON & JONES, P.C., One Lincoln Centre, 5400 LBJ Freeway, Suite 800, Dallas, Texas 75240-6223, telephone number 972/960-3200 and fax number 972/960-3221; will be substituted as attorney for

Plaintiff.

### III.

Plaintiff approves the substitution, which is not for delay but so that justice may be served.

### IV.

For these reasons, Blane H. Crutchfield and Norman M. Stockman ask the Court to grant this motion to substitute and appoint Paul A. Bezney and Tracy L. Stoker of DODGE, ANDERSON & JONES, P.C. as attorneys of record for Plaintiff.

Respectfully submitted,

HAND ARENDALL, L.L.C.

By: _____
Blane H. Crutchfield
Alabama State Bar No. CRUTB4243
Norman M. Stockman
Alabama State Bar No. STOCN9440

3000 Amsouth Bank Building
107 Saint Francis Street
Mobile, Alabama 36602
Telephone: 251/432-5511
Facsimile: 251/694-6375

**ATTORNEYS FOR PLAINTIFF**

**APPROVED:**

DODGE, ANDERSON & JONES, P.C.

By: _____
Paul A. Bezney
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL                                                           Page 2
115513.1\9877.14\CWF

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff hereby certifies that his office has confer with the office of Defendant's counsel, Tom Fleming, on October 30, 2002, regarding the substance of the foregoing motion. Mr. Fleming is unopposed to the filing of this motion. Therefore, request is hereby made that this Court to enter an order granting this motion.

_____
Paul A. Bezney
Tracy L. Stoker

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been served upon all the parties, pursuant to the Federal Rules of Civil Procedure on October 30, 2002.

_____
Paul A. Bezney
Tracy L. Stoker