IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> THE ESTATE OF LAZARO PONCE DE § <br> LEON GOMEZ, BY AND THROUGH ITS § <br> TEMPORARY ADMINISTRATOR, § <br> LUIS OMAR PONCE DE LEON § <br> Defendant. § | CIVIL ACTION NO. B02-0193 <br> *In Admiralty* <br> <br> Honorable Judge Andrew S. Hanen |

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

On this day, the Court considered *Plaintiff's Motion to Substitute Counsel*. The Court, after considering the motion, finds good cause to allow Blane H. Crutchfield and Norman M. Stockman to withdraw.

THEREFORE, THE COURT ORDERS:

1. Blane H. Crutchfield and Norman M. Stockman are allowed to withdraw as attorneys of record for Plaintiff, INSURANCE COMPANY OF THE WEST.

2. Paul A. Bezney, State Bar No. 00787077, Southern District No. 29928, and Tracy L. Stoker, State Bar No. 19265500, Southern District No. 21226, of DODGE, ANDERSON & JONES, P.C., One Lincoln Centre, 5400 LBJ Freeway, Suite 800, Dallas, Texas 75240-6223, telephone number 972/960-3200 and fax number 972/960-3221, are substituted as attorneys for the Plaintiff.

SIGNED this 1st day of November, 2002.

_____
PRESIDING U.S. JUDGE