United States District Court
Southern District of Texas
FILED

NOV 0 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B02-0193 |
| | § | *In Admiralty* |
| THE ESTATE OF LAZARO PONCE DE | § | |
| LEON GOMEZ, BY AND THROUGH ITS | § | Honorable Judge Andrew S. Hanen |
| TEMPORARY ADMINISTRATOR, | § | |
| LUIS OMAR PONCE DE LEON | § | |
| Defendant. | § | |

### PLAINTIFF'S ORIGINAL ANSWER TO DEFENDANT'S COUNTERCLAIM

*TO THE HONORABLE JUDGE OF SAID COURT:*

COMES NOW INSURANCE COMPANY OF THE WEST, Plaintiff in the above-entitled and numbered cause (hereinafter referred to as "Plaintiff"), and files this Original Answer to Counterclaim of Defendant, THE ESTATE OF LAZARO PONCE DE LEON GOMEZ, BY AND THROUGH ITS TEMPORARY ADMINISTRATOR, LUIS OMAR PONCE DE LEON (hereinafter referred to as "Defendant"), in accordance with the Federal Rules of Civil Procedure, and would show unto the Court the following:

### I.
### First Defense

Defendant generally denies all averments contained in Defendant's Counterclaim except such averments as are expressly and specifically admitted herein.

## II.
## Second Defense

Pleading further in response to the specific averments of each numbered paragraph of Defendant's Counterclaim, Plaintiff respectfully states, as follows:

1. With respect to the paragraph number 7, Plaintiff admits the statements contained therein.

2. With respect to the paragraph number 8, Plaintiff admits the statements contained therein.

3. With respect to the paragraph number 9, Plaintiff is unable to either admit or deny the allegations contained therein, and demands strict proof thereof.

4. With respect to the paragraph number 10, Plaintiff admits the statements contained therein.

5. With respect to the paragraph number 11, Plaintiff denies the statements contained therein, and demands strict proof thereof.

6. With respect to the paragraph number 12, Plaintiff denies the statements contained therein, and demands strict proof thereof.

7. With respect to subsection number 1 under Defendant Prayer on Page 4, Plaintiff denies the statements contained therein, and demands strict proof thereof.

8. With respect to subsection number 2 under Defendant Prayer on Page 4, Plaintiff denies the statements contained therein, and demands strict proof thereof.

9. With respect to subsection number 3 under Defendant Prayer on Page 4, Plaintiff denies the statements contained therein, and demands strict proof thereof.

10. With respect to subsection number 4 under Defendant Prayer on Page 4, Plaintiff denies the statements contained therein, and demands strict proof thereof.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that all relief requested by Defendant be denied, that judgment be entered, that Defendant take nothing against Plaintiff, and that Plaintiff recover its court costs, attorney's fees, and such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

HAND ARENDALL, L.L.C.

By: _____
Blane H. Crutchfield
Alabama State Bar No. CRUTB4243
Norman M. Stockman
Alabama State Bar No. STOCN9440

3000 Amsouth Bank Building
107 Saint Francis Street
Mobile, Alabama 36602
Telephone: 251/432-5511
Facsimile: 251/694-6375

Respectfully submitted,

DODGE, ANDERSON & JONES, P.C.

By: _____
Paul A. Bezney
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
Telephone: 972/960-3200
Facsimile: 972/960-3221

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been served upon all the parties, pursuant to the Federal Rules of Civil Procedure on November 1, 2002.

_____
Paul A. Bezney