IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 20 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST §<br>Plaintiff, §<br>§<br>VS. §<br>§<br>THE ESTATE OF LAZARO PONCE DE §<br>LEON GOMEZ, BY AND THROUGH ITS §<br>TEMPORARY ADMINISTRATOR, §<br>LUIS OMAR PONCE DE LEON §<br>Defendant. § | CIVIL ACTION NO. B02-0193<br>*In Admiralty*<br><br>Honorable Judge Andrew S. Hanen |

### CERTIFICATE OF INTERESTED PERSONS

NOW COMES INSURANCE COMPANY OF THE WEST (hereinafter referred to as "Plaintiff") and hereby provides the Court with a Certificate of Interested Persons and would respectfully show the Court that the following persons and entities have a financial interest in the outcome of this case:

ICW Group
INSURANCE COMPANY OF THE WEST
P.O. Box 85563
San Diego, California 92186-5563
PLAINTIFF

THE ESTATE OF LAZARO PONCE DE LEON GOMEZ, by and Through its
Temporary Administrator, Luis Omar Ponce De Leon
DEFENDANT

Respectfully submitted,

By: _____
Paul A. Bezney
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

**DODGE, ANDERSON & JONES, P.C.**
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
Telephone: 972/960-3200
Facsimile: 972/960-3221

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been served upon all the parties, pursuant to the Federal Rules of Civil Procedure on November 18, 2002.

_____
Paul A. Bezney