IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**NOV 2 7 2002**

Michael N. Milby
**Clerk of Court**

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B02-0193 |
| | § | *In Admiralty* |
| THE ESTATE OF LAZARO PONCE DE | § | |
| LEON GOMEZ, BY AND THROUGH ITS | § | Honorable Judge Andrew S. Hanen |
| TEMPORARY ADMINISTRATOR, | § | |
| LUIS OMAR PONCE DE LEON | § | |
| Defendant. | § | |

## AGREED MOTION TO COMPEL MEDIATION

NOW COMES INSURANCE COMPANY OF THE WEST (hereinafter referred to as "Plaintiff"), and pursuant to 28 U.S.C. §651 *et seq*, Rule LR 16.4 of the District Court General Orders and Local Rules of the Southern District of Texas, and TEX. INS. CODE art. 21.21 §16B, hereby files its Motion to Compel Mediation and would respectfully show the Court the following:

I.

This case involves insurance coverage issues under a marine insurance policy issued by the Plaintiff to Lazaro Ponce De Leon, deceased. By letters dated October 2 and October 14, 2002, the Estate of the deceased insured (the "Defendant") has made a demand upon Plaintiff for payment of damages under TEX. INS. CODE art. 21.21. (*See Exhibits A and B, attached and incorporated herein*). The Defendant has not yet amended its counterclaim against Plaintiff to include a claim for violation of article 21.21.

II.

Pursuant to TEX. INS. CODE art. 21.21 §16A (c):

> (c) If a mediation under Section 16B of this article conducted, a person against whom a claim under Section 16 of this article is pending may tender an offer of settlement during the period beginning on the day after the date that the mediation ends and ending on the 20th day after that date.

*Id.*

Section 16B of article 21.21 provides:

> Sec. 16B.(a) A party may, not later than the 90th day after the date of service of a pleading in which relief under Section 16 of this article is sought, file a motion to compel mediation of the dispute in the manner provided by this section.
>
> (b) The court **shall**, not later than the 30th day after the date a motion under this section is filed, sign an order setting the time and place of the mediation.

*Id.* (emphasis added).

III.

Thus, pursuant to TEX. INS. CODE art. 21.21 §16B, Plaintiff requests that the Court sign an order compelling mediation of this case within 90 days after the order is signed, as agreed by the parties, with mediation to be presided by the following mediator agreed upon by the parties:

Alfred T. Denham
Law Office of Alfred T. Denham
3700 North Tenth St., Suite 100
McAllen, Texas 78501
Phone: 956/994-8800
Facsimile: 956/994-8808

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that the Court grant its Motion to Compel Mediation and sign and an order compelling mediation as set forth herein.

Plaintiff prays for all other relief, both general and specific, at law or in equity, to which it may be entitled.

Respectfully submitted,

By: _Paul Bezney_

Paul A. Bezney (Attorney in Charge)
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

**DODGE, ANDERSON & JONES, P.C.**

One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
Telephone: 972/960-3200
Facsimile: 972/960-3221

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF CONFERENCE</u>

Counsel for Plaintiff, Paul Bezney, has conferred with counsel for Defendant, Tom Fleming, regarding the merits of this Motion.  Mr. Fleming is agreeable to the substance of this Motion.

_Paul Bezney_

Paul A. Bezney

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been served upon all the parties, pursuant to the Federal Rules of Civil Procedure on November 26, 2002.

Paul A. Bezney

---

**AGREED MOTION TO COMPEL MEDIATION**                                                      Page 4
116656.1\9877.14\CWF

# FLEMING & HERNANDEZ, P.C.

Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
EMAIL FLEMOLPC@HILINE.NET

October 2, 2002

*CERTIFIED UNITED STATES MAIL*
*RETURN RECEIPT REQUESTED*
*NUMBER 7000 0520 0022 1411 7428*

INSURANCE COMPANY OF THE WEST
P. O. Box 85563
San Diego, California 92186-5563

Re:    Your Policy No. OMP 1843083-00
       Insured:  Lazaro Ponce de Leon

Gentlemen:

This firm represents Luis Omar Ponce de Leon, Administrator of the Estate of Lazaro Ponce de Leon. Your policy of insurance referenced above included Hull and Machinery protection for the M/V SEA SCAPE owned by Mr. Ponce de Leon.

On March 1, 2001, that vessel was lost at 18° 44' 94" North Latitude and 87° 32' 49" West Longitude. A Property Loss Notice was completed and provided to you on or about March 2, 2001. At the time of the issuance of the policy and at the time of the loss, Mr. Ponce de Leon was a resident alien legally residing within the State of Texas.

Instead of attempting to effectuate a fair, prompt and equitable settlement of this claim when your liability became reasonably clear, you filed suit in an inappropriate jurisdiction. Further, you have failed to provide promptly to the policyholder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for your denial of the claim.

Each of the above acts of commission and omission violates Article 21.21, Section 9 of the Texas Insurance Code. Demand is hereby made, pursuant to Article 21.21, Section 16(e), Texas Insurance Code, for payment within sixty (60) days of receipt of this demand of the sum of Two Hundred Eighty-five Thousand and no/100ths ($285,000.00) Dollars actual damages and Twenty Thousand and

COPY



INSURANCE COMPANY OF THE WEST
October 2, 2002
Page 2 of 2

no/100ths ($20,000.00) Dollars in expenses and attorney's fees reasonably incurred to-date in asserting this claim against you in the proper venue.

Your failure to comply with this demand could result in the United States District Court for the Southern District of Texas entering judgment against you for three times the amount of actual damages, court costs and reasonable and necessary attorney's fees pursuant to applicable provisions of the Texas Insurance Code.

Should you have questions or comments, please advise.

Very truly yours,

FLEMING & HERNANDEZ, P.C.

by:
Tom Fleming

TF/bgw

cc:    Mr. Henry King
       KING, LeBLANC & BLAND, L.L.P.
       201 St. Charles Avenue
       Suite 3800
       New Orleans, Louisiana  70170
       (First Class United States Mail)

✓    Mr. Blane H. Crutchfield
       HAND ARENDALL, L.L.C.
       P. O. Box 123
       Mobile, Alabama  36601-0123
       (Certified United States Mail, R.R.R., #7000 0520 0022 1411 7435)

COPY

## FLEMING & HERNANDEZ, P.C.

Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Tom Fleming                          (956) 982-4404
Luis R. Hernandez                 FAX (956) 982-0943
Jeffrey G. Mathews            EMAIL FLEMOLPC@HILINE.NET

October 14, 2002

*CERTIFIED UNITED STATES MAIL*
*RETURN RECEIPT REQUESTED*
*NUMBER 7099 3400 0015 1923 2616*

INSURANCE COMPANY OF THE WEST
P. O. Box 85563
San Diego, California  92186-5563

        **Re:**    Your Policy No. OMP 1843083-00
                   Insured:  Lazaro Ponce de Leon

Gentlemen:

        Please allow this correspondence to amend our demand dated October 2, 2002
in the following particulars:

        The section of Texas Insurance Code, Article 21.21, violated by your actions
is Section 4, rather than Section 9.

        Further, we believe that you knew or should have known that it was reasonably
clear that Mr. Ponce's claim was covered.

        We also believe that you have breached your duty of good faith and fair dealing
by failing to reasonably investigate Mr. Ponce's claim.

        We apologize for our omissions in the original demand.

                           Very truly yours,

                           FLEMING & HERNANDEZ, P.C.

COPY

                           by: Tom Fleming
                               Tom Fleming

TF/bgw

