United States District Court
Southern District of Texas
ENTERED

DEC 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. B02-0193 |
| | § | *In Admiralty* |
| THE ESTATE OF LAZARO PONCE DE | § | |
| LEON GOMEZ, BY AND THROUGH ITS | § | Honorable Judge Andrew S. Hanen |
| TEMPORARY ADMINISTRATOR, | § | |
| LUIS OMAR PONCE DE LEON | § | |
| Defendant. | § | |

## ORDER COMPELLING MEDIATION

On this day, the Court considered the Plaintiff's *Agreed Motion to Compel Mediation*. The Court, after considering the motion and agreement of counsel, is of the opinion that said motion and the appointment of Alfred Denham, as mediator, has merit and should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case shall submit to mediation with the following appointed mediator of this cause of action:

**Alfred Denham, Mediator**
3700 North Tenth St., Suite 100
McAllen, Texas 78501
Phone: 956/994-8800
Facsimile: 956/994-8808.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall agree upon a mediation date in this cause of action to be conducted at least 90 days after the signing of this order.

SIGNED this 2nd day of December, 2002.

_____
PRESIDING U.S. JUDGE

ORDER COMPELLING MEDIATION                                                                    Solo Page
116791.1\9877.14\CWF