IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, | § § § |
| Plaintiff, | § § |
| vs. | § CIVIL ACTION B-02-193 |
| | § *In Admiralty* |
| ESTATE OF LAZARO PONCE DE LEON GOMEZ, by and through its Temporary Administrator, Luis Omar Ponce de Leon, | § § § *Honorable Judge Andrew S. Hanen* § § |
| Defendant. | § |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant and Counter-Plaintiff, **Estate of Lazaro Ponce de Leon Gomez, by and through its Administrator, Luis Omar Ponce de Leon (hereinafter called "Ponce")** files this motion requesting leave of the Court to amend its Counterclaim.

1.  Ponce filed its Answer and Counterclaim herein on October 16, 2002. On October 2, 2002, supplemented by a letter amendment on October 14, 2002, Ponce gave notice of its demand for payment under Texas Insurance Code, Article 21.21.

2. Article 21.21, § 16(e), Texas Insurance Code, requires notice be given for at least sixty (60) days prior to filing suit. Ponce's initial counterclaim was compulsory in nature and required to be included in its initial pleading. FED. RULES CIV. PROC., RULE 13(a). *Lawhorn v. Atlantic Refining Company*, 299 F.2d 353 (5th Cir. 1962). The statutory claim set out in the Insurance Code, while compulsory in nature, is not mature until after the expiration of sixty (60) days after notice to opposing party. RULE 13(e). This rule allows a claim maturing after pleading to be presented by supplemental pleading; however, Ponce believes and, therefore, represents that an amendment of its counterclaim would be in the discretion of the Court and in the best interests for the sake of clarity.

3. The First Amended Counterclaim attached hereto alleges a violation of Article 21.21 but otherwise remains the same as the initial counterclaim.

Ponce requests the Court enter its order allowing the filing of the attached First Amended Counterclaim.

DATED this _16_ day of December, 2002.

Respectfully submitted,

COUNSEL FOR DEFENDANT,
ESTATE OF LAZARO PONCE DE LEON GOMEZ,
By And Through Its Administrator
Luis Omar Ponce de Leon:

| | |
|---|---|
| **KING, LeBLANC & BLAND, L.L.P.**<br>Henry King | **FLEMING & HERNANDEZ, P.C.**<br>Tom Fleming<br>**SBOT No. 07133000**<br>**Federal I.D. No. 1188** |
| 3800 First NEC Center<br>201 St. Charles Avenue<br>New Orleans, Louisiana  70170<br>Telephone:  (504) 582-3800<br>Telecopier   (504) 582-1233 | 1650 Paredes Line Road<br>Suite 102<br>Brownsville, Texas  78521-1602<br>Telephone:  (956) 982-4404<br>Telecopier:  (956) 982-0943 |

by: _/s/ Tom Fleming_
Tom Fleming

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has stated in conference that he will oppose this motion.

_/s/ Tom Fleming_
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM** was served on December _16_, 2002 in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFF**
**INSURANCE COMPANY OF THE WEST:**
Paul A. Bezney
Tracy L. Stoker
DODGE, ANDERSON & JONES, P.C.
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240-6223
*(Certified United States Mail, R.R.R., #7002 0460 0000 6434 5371)*

_____
Tom Fleming