IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B02-0193 |
| | § | *In Admiralty* |
| THE ESTATE OF LAZARO PONCE DE LEON GOMEZ, BY AND THROUGH ITS TEMPORARY ADMINISTRATOR, LUIS OMAR PONCE DE LEON | § § § § | Honorable Judge Andrew S. Hanen |
| Defendant. | § | |

### JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER FED. R. CIV. P. 26(F)

*TO THE HONORABLE COURT:*

COME NOW Plaintiff, INSURANCE COMPANY OF THE WEST ("Plaintiff"), and Defendant, THE ESTATE OF LAZARO PONCE DE LEON GOMEZ, BY AND THROUGH ITS TEMPORARY ADMINISTRATOR, LUIS OMAR PONCE DE LEON ("Defendant"), and file this, their Joint Discovery/Case Management Plan Under Rule 26(f) and 16(b) Federal Rules of Civil Procedure and would show unto the Court, as follows:

1.  1.  List the names, bar numbers, addresses and telephone numbers of all counsel are as follows:

**Counsel for Plaintiff:**

Paul A. Bezney
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

DODGE, ANDERSON & JONES, P.C.
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
Telephone: 972/960-3200
Facsimile: 972/960-3221

**Counsel for Defendant:**

Tom Fleming
State Bar No. 07133000
Southern No. 1188

FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: 956/982-4404
Facsimile: 956/982-0943

2. A Rule 26(f) meeting was held on December 3, 2002, via telephone conference attended by Tracy L. Stoker, co-counsel for Plaintiff, and Tom Fleming, counsel for Defendant.

3. Plaintiff and Defendant have agreed to exchange their respective initial disclosures under Rule 26(a) by January 17, 2003.

4. The parties should be permitted to conduct the following discovery:

- 25 interrogatories per party;

- unlimited requests for production;
- unlimited requests for admission; and
- unlimited depositions (6 hours per witness for each party), whether oral, videotaped, or upon written questions in accordance with the Federal Rules of Civil Procedures.

5. The parties propose that the Agreed Discovery and Pre-trial Scheduling Order in the form of the attached Exhibit "A" be entered.

Respectfully submitted,

By /s/ Paul Bezney
Paul A. Bezney (Attorney in Charge)
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

**DODGE, ANDERSON & JONES, P.C.**

One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
Telephone: 972/960-3200
Facsimile: 972/960-3221

ATTORNEYS FOR PLAINTIFF

By: _____
Tom Fleming
State Bar No. 07133000
Southern District No. 1188

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone:   956/982-4404
Facsimile:   956/982-0943

ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been served upon all the parties, pursuant to the Federal Rules of Civil Procedure on January ___, 2003.

_____
Paul A. Bezney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B02-0193 |
| | § | *In Admiralty* |
| THE ESTATE OF LAZARO PONCE DE | § | |
| LEON GOMEZ, BY AND THROUGH ITS | § | Honorable Judge Andrew S. Hanen |
| TEMPORARY ADMINISTRATOR, | § | |
| LUIS OMAR PONCE DE LEON | § | |
| Defendant. | § | |

## AGREED DISCOVERY AND PRE-TRIAL SCHEDULING ORDER

The parties announced their agreement to the following scheduling order, which the Court approves."

1. All discovery, including answers to all interrogatories, admissions, disclosures, and requests for production, and including all supplementation thereto, shall be completed by February 16, 2004.

2.A. The deadline for filing amended offensive pleadings is January 12, 2004.

2.B. The deadline for filing amended defensive pleadings is January 19, 2004.

3. The deadline for adding additional parties is June 30, 2003.

4. Plaintiffs will disclose their experts and will serve on all parties a report of the factual basis and opinions of each of Plaintiffs' experts on or before October 31, 2003.

5. Defendant will disclose its testifying experts and will serve on all parties a report of the factual basis and opinions of each Defendant's experts on or before December 1, 2003.

6. All parties will submit a list of witnesses to be called at trial on or before February 16, 2004.



7. All motions for summary judgment and other dispositive motions shall be filed on or before January 15, 2004.

8. All parties will exchange a list of trial exhibits on or before March 1, 2004.

9. Trial of the above-captioned matter has been set for March 15, 2004.

10. Any deadline contained in this Order may be modified by consent of the parties or by filing with the Court a Motion for Leave to Extend such time for the Court's determination. Compliance with all Local Rules if ordered except as may be modified in this Order.

SIGNED this _____ day of _____, 2003.

_____
PRESIDING U. S. DISTRICT JUDGE

AGREED TO AND ACCEPTED:

_____
Paul A. Bezney, for Plaintiff

_____
Tom Fleming, for Defendant