IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B02-0193 |
| | § | *In Admiralty* |
| THE ESTATE OF LAZARO PONCE DE | § | |
| LEON GOMEZ, by and Through its | § | Honorable Judge Andrew S. Hanen |
| Temporary Administrator, | § | |
| Luis Omar Ponce De Leon, | § | |
| Defendant. | § | |

## AMENDED NOTICE OF INTENTION TO TAKE THE
## VIDEOTAPED ORAL DEPOSITION OF CARLOS LOPEZ

To: **The Estate of Lazaro Ponce De Leon Gomez, by and through its Temporary Administrator, Luis Omar Ponce De Leon, Defendant**, by and through attorneys of record, Tom Fleming, Fleming & Hernandez, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521-1602; Henry King, King, LeBlanc & Bland, L.L.P., 3800 First NEC Center, 201 St. Charles Avenue, New Orleans, Louisiana 70170; and Stone, Granade & Crosby, 7133 Stone Drive, Daphne, Alabama 36526

**LegalLink**, 4144 N. Central Expwy., Suite 450, Dallas, Texas 75204

PLEASE TAKE NOTICE that on the **27th day of January, 2003**, at the office of Fleming & Hernandez, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521-1602, the undersigned parties in the above-entitled and numbered cause will take the videotaped oral deposition of **CARLOS LOPEZ at 11:00 a.m.**, pursuant to Fed. R. Civ. P.30. The deposition will be taken upon oral examination before an officer authorized by law and commissioned to take depositions and will continue from day-to-day until completed.

**AMENDED NOTICE OF INTENTION TO TAKE THE
VIDEOTAPED ORAL DEPOSITION OF CARLOS LOPEZ - Page 1**
::ODMA\PCDOCS\DOCS\117636\1\9877.14\lgc

The deposition will be transcribed and videotaped by court reporters, LegalLink. All parties are invited to attend and cross-examine. Said deposition, when taken, may be used as evidence in the trial of this cause.

Respectfully submitted,

DODGE, ANDERSON & JONES, P.C.

_____
Paul A. Bezney
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
(972) 960-3200 or (800) 947-0177
(972) 960-3221 or (800) 947-0480 (fax)

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been served upon all parties, pursuant to the Federal Rules of Civil Procedure, on this 8th day of January, 2003.

_____
Paul A. Bezney
Tracy L. Stoker