IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION B-02-193 *In Admiralty* |
| ESTATE OF LAZARO PONCE DE LEON GOMEZ, by and through its Temporary Administrator, Luis Omar Ponce de Leon, | § § § § § | *Honorable Judge Andrew S. Hanen* |
| Defendant. | § § | |

## ORDER

The Motion for Leave to File First Amended Counterclaim of Defendant and Counter-Plaintiff will be GRANTED.

IT IS ORDERED that the First Amended Counterclaim of the **Estate of Lazaro Ponce de Leon Gomez, by and through its Administrator, Luis Omar Ponce de Leon**, be filed.

DONE AT Brownsville, Texas this 14th day of January, 2003.

Andrew S. Hanen
United States District Judge

**COPIES:**

**COUNSEL FOR PLAINTIFF**
**INSURANCE COMPANY OF THE WEST:**
Paul A. Bezney
Tracy L. Stoker
DODGE, ANDERSON & JONES, P.C.
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas  75240-6223

**CO-COUNSEL FOR DEFENDANT,**
**ESTATE OF LAZARO PONCE DE LEON GOMEZ,**
**By And Through Its Administrator**
**Luis Omar Ponce de Leon:**
Henry King
KING, LeBLANC & BLAND, L.L.P.
3800 First NEC Center
201 St. Charles Avenue
New Orleans, Louisiana  70170

Tom Fleming
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1605