IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, §<br>Plaintiff, §<br>§<br>VS. §<br>§<br>THE ESTATE OF LAZARO PONCE DE §<br>LEON GOMEZ, by and Through its §<br>Temporary Administrator, §<br>Luis Omar Ponce De Leon, §<br>Defendant. § | CIVIL ACTION NO. B02-0193<br>*In Admiralty*<br><br>Honorable Judge Andrew S. Hanen |

## PLAINTIFF'S NOTICE OF DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

*TO THE HONORABLE JUDGE OF THIS UNITED STATES DISTRICT COURT:*

COMES NOW Plaintiff, INSURANCE COMPANY OF THE WEST, in the above-styled and numbered cause and files this its Notice of Disclosures pursuant to FED. R. CIV. P. 26, and would show unto the Court as follows:

### I.

Plaintiff has complied with FED. R. CIV. P. 26, and forwarded the Initial Disclosures of Plaintiff to all parties in accordance with FED. R. CIV. P. 26.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, INSURANCE COMPANY OF THE WEST, asks this Court to receive and file Plaintiff's Notice of Disclosures in compliance with FED. R. CIV. P. 26. Plaintiff prays for any further relief, both general and special, to which it may be entitled.

Respectfully submitted,

_____
Paul A. Bezney
State Bar No. 00787077
Tracy L. Stoker
State Bar No. 19265500

**DODGE, ANDERSON & JONES, P.C.**
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
(972) 960-3200 or (800) 947-0177
(972) 960-3221 or (800) 947-0480 (fax)

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument has been served upon all parties pursuant to the Federal Rules of Civil Procedure, on this 16th day of January, 2003.

_____
Tracy L. Stoker