Case 1:02-cv-00193   Document 19   Filed in TXSD on 01/31/2003   Page 1 of 1

19

United States District Court
Southern District of Texas
FILED

JAN 3 1 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**HEARING**

CIVIL ACTION NO. B-02-193      DATE & TIME 1/31/02 @ 9:36 - 10:00 am

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST | PLAINTIFF'S Paul Bezney<br>COUNSEL |
| VS | |
| THE ESTATE OF LAZARO PONCE DE LEON GONZALEZ, by and through its Temporary Administrator Luis Omar Ponce de Leon | DEFENDANTS' Tom Fleming<br>COUNSEL    Jeff Matthews |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Case is call on the docket. Paul Bezney appeared for Plaintiff. Tom Fleming and Jeff Matthews appeared for Defendant.

Court is advised that mediation in this case is set for in 2 weeks. Court is to be informed of the result of mediation.

Court gives the following additional dates:

Joint Pretrial Order is due on November 14, 2003.
Final Pretrial is set for 8:30 am on December 4, 2003.
Jury Selection, if any, is set for 9:00 on December 5, 2003.

Court requests the attorneys to submit a new scheduling order to include the above additional 3 dates in said order.

Court informs the attorneys that trial will be set in December, 2003. Court will allow voir dire by the attorneys if it is requested.

Court is adjourned.