IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2003

Michael N. Milby
Clerk of Court

INSURANCE COMPANY OF THE WEST,          *
                                        *
        Plaintiff                       *
                                        *
VERSUS                                  *          CIVIL ACTION NO. B02-0193
                                        *                    *In Admiralty*
THE ESTATE OF LAZARO PONCE DE LEON       *
GOMEZ, by and through its Temporary     *
Administrator, Luis Omar Ponce de Leon,  *          Honorable Judge Andrew S. Hanen
                                        *
        Defendant.                      *

---

## CERTIFICATE OF CONSULTATION

---

        Now comes Movant, George R. Irvine, III of Stone, Granade & Crosby, P.C. and

certifies to the Court that he has consulted with all counsel of record in the above styled and

captioned matter and no counsel has any objections to the withdrawal of Movant and his firm as

counsel for defendant.

                        Respectfully submitted,

                        GEORGE R. IRVINE, III      (IRVIG4725)
                        Attorney for Defendant

OF COUNSEL:

STONE, GRANADE & CROSBY, P.C.
Attorneys at Law
7133 Stone Drive
Daphne, Alabama 36526
(251) 626-6696

## CERTIFICATE OF SERVICE

I, George R. Irvine, III, attorney for Defendants in the above-styled action, hereby certify that I have served a copy of the foregoing upon counsel for all parties to this proceeding by depositing same in the United States mail, properly addressed and first-class postage prepaid, this the _28_ day of _January_____, 2003, as follows:

Tom Fleming, Esquire
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Henry King, Esquire
King, LeBlanc & Bland, L.L.P.
3800 First NEC Center
201 St. Charles Avenue
New Orleans, Louisiana 70170

Paul A. Bezney, Esquire
Tracy L. Stoker, Esquire
Dodge, Anderson & Jones, P.C.
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240

GEORGE R. IRVINE, III