22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

**FEB 1 8 2003**

**Michael N. Milby**
**Clerk of Court**

INSURANCE COMPANY OF THE WEST
                                    Plaintiff(s)

V.

ESTATE OF LAZARO PONCE DE LEON GOMEZ,
BY AND THROUGH ITS TEMPORARY
ADMINISTRATOR, LUIS OMAR PONCE DE LEON
                                    Defendant(s)

DIVISION   BROWNSVILLE
CIVIL ACTION NO.   B-02-193/
                    *In Admiralty*

ADR METHOD:     Mediation        X          Arbitration          _____
                Mini-trial       _____     Summary Jury Trial   _____

TYPE OF CASE:     Acts of Fraud and Misrepresentation

1.   Please check one of the following:
     The case referred to ADR settled ___ or did not settle ✓

2.   My total fee and expenses were: $ 2,000.00.
     (If you had no fees and expenses, please indicate if the case settled before
     ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant
     to order of the Court or agreement of the parties.)

     _____
     _____

3.   Please list names, addresses and telephone numbers of all parties and all counsel of record:

     Insurance Company of the West, Plaintiff
     Mr. Paul A. Bezney, Attorney
     DODGE, ANDERSON & JONES, P.C.
     5400 LBJ Freeway, Ste. 800
     Dallas, Texas 75240-6223
     (972) 960-3200 - telephone
     (972) 960-3221 - telefax

     Estate of Lazaro Ponce de Leon Gomez, et al, Defendants
     Mr. Tom Fleming, Attorney
     FLEMING & HERNANDEZ, P.C.
     1650 Paredes Line Road, Ste. 102
     Brownsville, Texas 78521-1602
     (956) 928-4404 - telephone
     (956) 982-0943 - telefax

     ADR PROVIDER

Date: 2/12/03

Name:            Alfred T. Denham

Signature:

SDTX-ADR-5/(Rev 6-15-93)