IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST §<br>   Plaintiff, §<br>§<br>VS. §<br>§<br>THE ESTATE OF LAZARO PONCE DE §<br>LEON GOMEZ, BY AND THROUGH ITS §<br>TEMPORARY ADMINISTRATOR, §<br>LUIS OMAR PONCE DE LEON §<br>   Defendant. § | CIVIL ACTION NO. B02-CV193<br>*In Admiralty*<br><br>Honorable Judge Andrew S. Hanen |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the agreement of the parties as evidenced hereinbelow by the signatures of the parties' respective attorneys of record, finds that this matter should be dismissed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the cause of action brought by Plaintiff, INSURANCE COMPANY OF THE WEST, against Defendant, THE ESTATE OF LAZARO PONCE DE LEON GOMEZ, BY AND THROUGH ITS TEMPORARY ADMINISTRATOR, LUIS OMAR PONCE DE LEON, and the counterclaim brought by Defendant, THE ESTATE OF LAZARO PONCE DE LEON GOMEZ, BY AND THROUGH ITS TEMPORARY ADMINISTRATOR, LUIS OMAR PONCE DE LEON, against Plaintiff, INSURANCE COMPANY OF THE WEST, are dismissed in their entirety, with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all costs of court are to be paid by the party incurring same.

All other relief not expressly granted is hereby denied.

SIGNED ON this 7th day of April, 2003.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND CONTENT:**

By: _____
Paul A. Bezney
State Bar No. 00787077
Southern District No. 29928
Tracy L. Stoker
State Bar No. 19265500
Southern District No. 21226

**DODGE, ANDERSON & JONES, P.C.**
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
Telephone: 972/960-3200
Facsimile: 972/960-3221

ATTORNEYS FOR PLAINTIFF

**APPROVED AS TO FORM AND CONTENT:**

By: _/s/ Tom Fleming_
Tom Fleming
State Bar No. 07133000
Southern District No. 1188

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: 956/982-4404
Facsimile: 956/982-0943

ATTORNEYS FOR DEFENDANT